UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| _____ ] | |
| ] | |
| In re FEDEX GROUND PACKAGE ] | Cause No. 3:05-MD-527 RM |
| SYSTEM, INC., EMPLOYMENT ] | (MDL-1700) |
| PRACTICES LITIGATION ] | |
| ] | THIS DOCUMENT RELATES |
| _____ ] | TO ALL CASES |

<u>OPINION AND ORDER</u>

For the reasons stated in open court on September 26 at the first pretrial

conference, the court hereby DENIES any pending motion to stay and/or motion

for enlargement of time in anticipation of the upcoming scheduling order.

SO ORDERED.

DATED: <u>September 27, 2005</u>

/s/ Robert L. Miller, Jr.
The Honorable Chief Judge
United States District Court

cc: all counsel